No. 85–5435.  COMO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 85–5442.  HAWES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 84–1699.  PUBLIC SERVICE COMPANY OF INDIANA, INC. v. INTERSTATE COMMERCE COMMISSION ET AL.  C. A. D. C. Cir.  Motion of National Association of Regulatory Utility Commissioners for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 84–1738.  SACKETT-CHICAGO, INC. v. MIDGETT.  Sup. Ct. Ill.  Motion of respondent for leave to proceed *in forma pauperis* denied.  Certiorari denied.

No. 84–1821.  FORD, WARDEN v. FORD.  C. A. 11th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 84–1857.  LUCKER ET AL. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.  JUSTICE WHITE and JUSTICE POWELL would grant certiorari.

No. 85–65.  SHANGHAI POWER CO. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.  JUSTICE WHITE and JUSTICE POWELL would grant certiorari.

No. 84–1925.  NATIONAL TREASURY EMPLOYEES UNION ET AL. v. O'CONNOR, SPECIAL COUNSEL, MERIT SYSTEMS PROTECTION BOARD.  C. A. D. C. Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.